# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 29, 2025

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

    Re:  Hal Taylor, Secretary, Alabama Law Enforcement Agency
           v. Jonathan Singleton, Individually and on Behalf of All Others Similarly Situated
          No. 25-368
          (Your No. 23-11163)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 25, 2025 and placed on the docket September 29, 2025 as No. 25-368.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst